**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Billy Ray WHEELOCK, Defendant–**
**Appellant.**

No. 09–51124
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Billy Ray Wheelock, Yazoo City, MS, pro se.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Billy Ray Wheelock appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. In his § 3582(c)(2)

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion, Wheelock asserts that he is eligible for a sentence reduction based on Amendments 591, 706, and 715 to the Sentencing Guidelines.

Wheelock was sentenced to a statutorily-mandated term of life imprisonment on his conviction for conspiracy to distribute more than 50 grams of crack cocaine because he committed that offense following two or more prior convictions for a felony drug offense. *See* 21 U.S.C. § 841(b)(1)(A). Because, pursuant to our decision in *United States v. Carter*, 595 F.3d 575, 577–81 (5th Cir.2010), Wheelock was subject to a statutorily-mandated sentence that exceeded the guideline range, he was ineligible for a sentence reduction under § 3582(c)(2), regardless of any retroactive amendments affecting that guideline range.

Accordingly, the judgment of the district court is AFFIRMED; the government's motion for summary affirmance is GRANTED; and its alternative motion for an extension of time is DENIED as moot.